UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
DIVISION
CASE NO. 00-6063

UNITED STATES OF AMERICA,

       Plaintiff,

v.

GEORGE S. KOROSI,

       Defendant.
_____/

CIVIL COMPLAINT COVER SHEET

1. Did this case originate from a matter pending in the Central Region of the United States Attorney's Office prior to April 1, 1999? ___ Yes ✓ No

       Respectfully submitted,

       THOMAS E. SCOTT
       UNITED STATES ATTORNEY

       BY: MARY F. DOOLEY
          ASSISTANT U.S. ATTORNEY
       99 N.E. 4TH STREET, Suite 300
       Miami, FL 33132
       Tel No. (305) 961-9377
       Fax No. (305) 530-7195
       Bar No. A5500282

DATED 1/11/00