*AO 88 (Rev. 11/91) Summons in a Civil Action*

# UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF FLORIDA

### SUMMONS IN A CIVIL ACTION

United States of America

Case Number:

v.

**GEORGE S. KOROSI**

CO-6063

MAGISTRATE JUDGE
SNOW

TO: *(Name and Address of Defendant)*

GEORGE S. KOROSI
2611 WILSON ST.
HOLLYWOOD, FL 33020

**YOU ARE HEREBY SUMMONED** to and required to serve upon plaintiff's attorney

Mary F. Dooley
Assistant United States Attorney
99 NE 4TH STREET
3RD FLOOR
MIAMI, FL 33132-2111

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file an answer with the Clerk of the Court within a reasonable period of time after service.

CLARENCE MADDOX
CLERK OF THE COURT

_____ DATE

BY DEPUTY CLERK